# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

Thursday, June 1, 2017

No. 17–0337/AR. U.S. v. Dontae D. Stanford. CCA 20150745. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0338/AR. U.S. v. Matthew S. Dejesus. CCA 20150666. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0355/AR. U.S. v. Jose L. Cuellar. CCA 20150375. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0372/AR. U.S. v. Lawrence E. Gore. CCA 20160275. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0055/AR. U.S. v. Mitchell L. Brantley. CCA 20150199. On further consideration of the granted issue (76 M.J. 62 (C.A.A.F. 2017)), the briefs of the parties, and oral argument, it is ordered that the decision of the United States Army Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Sager*, 76 M.J. 158 (C.A.A.F. March 21, 2017).